JS-6

**GIRARDI & KEESE**
V. ANDRE REKTE - SBN 129578
arekte@girardikeese.com
155 W Hospitality Lane, Suite 260
San Bernardino, California 92408
Telephone:  (909) 381-1551
Facsimile:   (909) 381-2566

Attorneys for Plaintiff, GEOFF GADDIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF GADDIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILTON TOOLS; WALTER MEIER MANUFACTURING, INC.; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | CASE NO: EDCV 12-552-MWF (DTBx)<br><br>ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Based upon the Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. EDCV 12-552-MWF(DTBx), is hereby dismissed in its entirety, with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: OCT 1 0 2012

_____
United States District Judge

1.　Case No. EDCV 12-552-MWF (DTBx)
　　ORDER RE STIPULATION FOR DISMISSAL
　　OF ENTIRE ACTION WITH PREJUDICE